IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–40–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD DANIEL WHITE, | |
| Defendant. | |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 24.) Mr. White has been adjudged guilty as charged in the Indictment. (Doc. 26.) As such, there is a factual basis and cause to issue a forfeiture order, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 24) is GRANTED. IT IS FURTHER ORDERED that Mr. White's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Ruger 10/22 Rifle caliber 22, serial number: 236-77639;
- Mauser 1895 Rifle caliber 7, serial number: C6516;
- SKB ARMS 100 Shotgun caliber 12, serial number: S5129122;
- Winchester 70 Rifle caliber 7, serial number: G948685;
- Ruger Super RedHawk Revolver caliber 44, serial number: 530-17671;

- Ruger 22/45 MK III Ta Pistol caliber 22, serial number: 270-88756;

- Ruger Service Six Revolver caliber 357, serial number: 153-46427;

- Herters Unknown Pistol caliber unknown, serial number: 6343;

- Armalite M15 Rifle caliber 223, serial number: M000678; and

- 91 Rounds Assorted Ammunition caliber multi.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, and that this Order is hereby incorporated into any final judgment issued in this case, pursuant to

Federal Rule of Criminal Procedure 32.2(b)(4)(B).

DATED this 22nd day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court