IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–40–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD DANIEL WHITE, | |
| Defendant. | |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 29.)  This Court entered a preliminary order of forfeiture on February 22, 2022.  (Doc. 27.)  All known interested parties were provided an opportunity to respond and publication has been accomplished as required by 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1).

Accordingly, IT IS ORDERED the motion (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger 10/22 Rifle caliber 22, serial number: 236-77639;

- Mauser 1895 Rifle caliber 7, serial number: C6516;

- SKB ARMS 100 Shotgun caliber 12, serial number: S5129122;

- Winchester 70 Rifle caliber 7, serial number: G948685;

- Ruger Super RedHawk Revolver caliber 44, serial number: 530-17671;

- Ruger 22/45 MK III Ta Pistol caliber 22, serial number: 270-88756;

- Ruger Service Six Revolver caliber 357, serial number: 153-46427;

- Herters Unknown Pistol caliber unknown, serial number: 6343;

- Armalite M15 Rifle caliber 223, serial number: M000678; and

- 91 Rounds Assorted Ammunition caliber multi.

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and that this Order is hereby incorporated into any final judgment issued in this case, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B).

DATED this 10th day of May, 2022.

Dana L. Christensen, District Judge
United States District Court

2